UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Civil Action No. 1:16-cv-11470-IT |
| | * | |
| v. | * | |
| | * | |
| NSTAR ELECTRIC COMPANY, | * | |
| HARBOR ELECTRIC ENERGY | * | |
| COMPANY, and MASSACHUSETTS | * | |
| WATER RESOURCES AUTHORITY, | * | |
| | * | |
| Defendants. | * | |

ORDER

July 19, 2016

TALWANI, D.J.

To further the efficient performance of the business of the court, and with Judge Stearns' consent, the clerk is hereby directed to transfer this matter to Judge Stearns pursuant to Local Rule 40.1(G)(5) and 40.1(I) as related to United States of America v. Metropolitan District Commission, et al., No. 85-cv-00489-RGS.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge