**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NSTAR ELECTRIC COMPANY d/b/a EVERSOURCE ENERGY, HARBOR ELECTRIC ENERGY COMPANY, and MASSACHUSETTS WATER RESOURCES AUTHORITY,<br><br>    Defendants.<br><br>MASSACHUSETTS PORT AUTHORITY,<br><br>    Plaintiff in Intervention.<br><br>    v.<br><br>NSTAR ELECTRIC COMPANY d/b/a EVERSOURCE ENERGY, HARBOR ELECTRIC ENERGY COMPANY, and MASSACHUSETTS WATER RESOURCES AUTHORITY,<br><br>    Defendants. | Case Number: 1:16-CV-11470-RGS |

**MOTION TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Massachusetts Port Authority ("Massport") hereby moves to intervene in this action. In support of this motion, Massport relies on the accompanying Memorandum of Law which is incorporated by reference. Massport seeks to intervene in this action so that its interests as the operator of the Port of Boston are considered and protected.

4841-7407-3911.2

If the Motion is granted, Massport proposes to file the attached Complaint in Intervention (Exhibit A).

WHEREFORE, Massport respectfully requests that this motion be granted and that the Court:

(1) Permit Massport to intervene so that it may continue to fulfill its public and statutory responsibilities regarding the operation, maintenance and continued viability of the Port of Boston; and

(2) Grant such other and further relief as this Court deems just and proper.

    Respectfully submitted,

    **MASSACHUSETTS PORT AUTHORITY**

    Applicant for Intervention

    By its attorneys,

    */s/ Brian Kelly*
    Brian Kelly (BBO# 549566)
    bkelly@nixonpeabody.com
    Donald D. Cooper (BBO# 098330)
    dcooper@nixonpeabody.com
    NIXON PEABODY LLP
    100 Summer Street
    Boston, Massachusetts
    P: (617) 345-1000
    F: (617) 345-1300

Dated: August 19, 2016

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that copies will be sent via electronic mail to those indicated as non-registered participants on August 19, 2016.

                                  */s/ Brian Kelly*
                                  Brian Kelly

4841-7407-3911