UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>NSTAR ELECTRIC COMPANY d/b/a EVERSOURCE ENERGY, HARBOR ELECTRIC ENERGY COMPANY, and MASSACHUSETTS WATER RESOURCES AUTHORITY,<br><br>*Defendants.* | C.A. No. 1:16-cv-11470-RGS |

## STATUS REPORT SUBMITTED BY NSTAR ELECTRIC COMPANY d/b/a EVERSOURCE ENERGY AND HARBOR ELECTRIC ENERGY COMPANY

Pursuant to paragraph five of the Stipulation and Order entered by this Court on July 12, 2017, Defendants, NSTAR Electric Company (NSTAR) d/b/a Eversource Energy and Harbor Electric Energy Company submit the following status report to the Court:

- Horizontal directional drill completed on Conley Terminal and Deer Island.
- Submarine cable has been delivered to Boston and has been loaded onto the cable lay barge. The cable lay barge is being outfitted for the cable lay operations which will begin on April 11, 2019.
- Civil land construction is in progress, 8,290 feet of excavation has been completed and 8,020 feet of conduit installed. All manholes have been installed. Land cable installation will begin in April 2019.
- Gas insulated switch gear has been installed at Deer Island substation.
- K Street substation construction in progress, foundation construction completed.

Respectfully submitted,

**NSTAR ELECTRIC COMPANY d/b/a
EVERSOURCE ENERGY and HARBOR
ELECTRIC ENERGY COMPANY**

*/s/ Michael R. Perry*
Michael R. Perry (BBO# 555300)
mperry@huntonak.com
Shauna R. Twohig (BBO# 685590)
stwohig@huntonak.com
Hunton Andrews Kurth LLP
125 High Street, Suite 533
Boston, Massachusetts 02110
(T): 617-648-2800
(F): 617-433-5022

Dated: April 16, 2019

## CERTIFICATE OF SERVICE

I, Michael R. Perry, hereby certify that on April 16, 2019, a copy of this document was filed through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael R. Perry*
Michael R. Perry

2