UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>NSTAR ELECTRIC COMPANY d/b/a EVERSOURCE ENERGY, HARBOR ELECTRIC ENERGY COMPANY, and MASSACHUSETTS WATER RESOURCES AUTHORITY,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)     C.A. No. 1:16-cv-11470-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT SUBMITTED BY NSTAR ELECTRIC COMPANY d/b/a EVERSOURCE ENERGY AND HARBOR ELECTRIC ENERGY COMPANY

Pursuant to paragraph five of the Stipulation and Order entered by this Court on July 12, 2017, Defendants, NSTAR Electric Company (NSTAR) d/b/a Eversource Energy and Harbor Electric Energy Company submit the following status report to the Court:

- Civil conduit construction has been completed.

- Civil below grade construction at Station 385 has been completed, above grade electrical construction is in progress.

- Gas insulated switch gear cut over at Deer Island station is in progress.

- Submarine cable installation has been completed, and cable installation and splicing is in progress. 5 of the 6 cable splices have been completed.

- Marine post construction survey has been completed, and Eel grass survey is scheduled to begin on June 17, 2019.

Respectfully submitted,

**NSTAR ELECTRIC COMPANY d/b/a EVERSOURCE ENERGY and HARBOR ELECTRIC ENERGY COMPANY**

*/s/ Michael R. Perry*
Michael R. Perry (BBO# 555300)
mperry@huntonak.com
Shauna R. Twohig (BBO# 685590)
stwohig@huntonak.com
Hunton Andrews Kurth LLP
125 High Street, Suite 533
Boston, Massachusetts 02110
(T): 617-648-2800
(F): 617-433-5022

Dated: June 13, 2019

## CERTIFICATE OF SERVICE

I, Michael R. Perry, hereby certify that on June 13, 2019, a copy of this document was filed through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael R. Perry*
Michael R. Perry

010581.0000003 EMF_US 74580400v1